UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

C. EARL GRANT,　　　　　　　　　　　　　　　Civil No. 99-66 (DSD/JMM)

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　NOTICE OF PRETRIAL
　　　　　　　　　　　　　　　　　　　　　　　CONFERENCE
GERALD S. GOLDEN and
NATIONAL BOARD OF MEDICAL EXAMINERS,

　　　　Defendants.

TO:　Plaintiff above named and to Lateesa T. Ward, Esq., Toni M. Jackson, Esq., Jackson & Ward, 801 Nicollet Mall, Suite 1850, Minneapolis, MN 55402, attorneys for Plaintiff;

Defendants above named and to Janie S. Mayeron, Esq., Leonard, Street and Deinard, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, attorneys for Defendants.

　　　　If any parties or counsel are not listed, Counsel for Plaintiff shall provide them with a copy of this Notice.

I.　　DATE, TIME, PLACE AND PARTICIPANTS

　　　　Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held on August 11, 1999 at 2:45 p.m. before Magistrate Judge John M. Mason in chambers at Room 610, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters. If all counsel wish to hold the pretrial conference by

Filed　JUL 1 3 1999
Francis E. Dosal, Clerk
Judgment Entered _____
Deputy Clerk's Initials _____

telephone, please make that request by calling Calendar Clerk Katherine Haagenson, (651) 848-1190, after filing the Rule 26(f) Report.

II.  MEETING, REPORTS AND DISCLOSURES REQUIRED

A.  Pursuant to Federal Rule of Civil Procedure 26(f), trial counsel for each party shall meet in person no later than August 2, 1999 to discuss settlement, and to prepare the Report required by Rule 26(f) and Local Rule 16.2.

B.  If the case does not settle, no later than August 4, 1999, counsel shall jointly prepare and file with the Clerk of Court a complete written Report of the Rule 26(f) meeting. A copy of the Report shall also be delivered to chambers of this Court, Room 610, 316 North Robert Street, St. Paul, Minnesota, no later than August 4, 1999. The Report shall be prepared in accordance with Local Rule 16.2, and in the form prescribed in Form 3 of the Local Rules of this Court.

C.  Any party may also submit to chambers a Letter/Memorandum concerning settlement, which may be confidential between the Court and that party.

D.  If a party consents to have this matter tried before a Magistrate Judge, individual counsel are requested to sign the enclosed form by August 11, 1999 and send it directly to:

> Connie Baker
> Calendar Clerk to Judge David S. Doty
> 14W U.S. Courthouse
> 300 South Fourth Street
> Minneapolis, MN 55415

Dated:   July 13, 1999

_____
JOHN M. MASON
United States Magistrate Judge

2

AO 85 (Rev. 8/97) Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| Plaintiff<br>V.<br>Defendant | NOTICE, CONSENT, AND ORDER OF REFERENCE –<br>EXERCISE OF JURISDICTION BY A UNITED STATES<br>MAGISTRATE JUDGE<br><br>Case Number: |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to _____ United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

_____                    _____
Date                                    United States District Judge

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.