UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

C. EARL GRANT,                                              CIVIL NO. 99-66 (DSD/JMM)

      Plaintiff,

v.                                                          PRETRIAL SCHEDULING ORDER

GERALD S. GOLDEN and
NATIONAL BOARD OF MEDICAL EXAMINERS,

      Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3, except that Defendants may move to Amend the Order based upon the ruling of the District Court on its pending dispositive motion.

Pleadings/Disclosures

| | |
|---|---|
| August 24, 1999 - | All pre-discovery disclosures required by Rule 26(a)(1) shall be completed. |
| September 1, 1999 - | All motions which seek to amend the pleadings or add parties must be served and filed. |

Discovery/Nondispositive Motions

| | |
|---|---|
| December 31, 1999 - | All non-expert discovery shall be commenced in time to be completed by this date. |

Filed  AUG 1 2 1999

Francis E. Dosal, Clerk
Judgment Entered _____
Deputy Clerk's Initials _____

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

    February 1, 2000 -   By Plaintiff
    March 1, 2000 -      By Defendants

April 1, 2000 - All discovery of any kind shall be commenced in time to be completed by this date.

April 5, 2000 - All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

Dispositive Motions/Trial

June 1, 2000 - All dispositive motions shall be served and filed by the parties. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, (612) 664-5063. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than August 1, 2000. The parties estimate that trial of this Jury matter will take one week.

General

The Court does not expressly alter or establish the number of depositions or written discovery devices which may be employed by the parties. The attention of the parties is called to the provisions of Rule 26(g)(2). If necessary, the Court will rule on objections to specific discovery. See also Rule 26(g)(3) and Rule 37(a)(4).

Each party may depose no more than 4 experts.

Each party may call no more than 4 experts at trial.

Dated:   August 12, 1999

_____
JOHN M. MASON
United States Magistrate Judge