UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

C. EARL GRANT,                                              CIVIL NO. 99-66 (DSD/AJB)

        Plaintiff,

v.                                                          ORDER OF RECUSAL

GERALD S. GOLDEN and
NATIONAL BOARD OF MEDICAL EXAMINERS,

        Defendants.


Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated:   August 12, 1999

                                                           /s/ John M. Mason
                                                           JOHN M. MASON
                                                           United States Magistrate Judge


Filed AUG 1 2 1999
Francis E. Dosal, Clerk
Judgment Entered _____
Deputy Clerk's Initials _____

```
                             F I L E   C O P Y
Date: August 12, 1999                                                    dl
------------------------------------------------------------------------------
                    R E C O R D   O F   D O C K E T   T E X T
------------------------------------------------------------------------------

        0:99-cv-00066          Grant v. Golden


------------
DOCKET ENTRY
------------


ORDER OF RECUSAL (Magistrate Judge John M. Mason / 8/12/99)
Case referred to Magistrate Judge Arthur J. Boylan,
(4-99ad225)   (CASE NUMBER REMAINS THE SAME EXCEPT FOR
MAGISTRATE JUDGE'S INITIALS - 99-66DSD/JMM)   (1 pg) (cc:
all counsel)



                              Hon. David S Doty, Judge



THIS NOTICE SENT TO ALL COUNSEL
```