UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

C. Earl Grant,                                              Civil No. 99-66 DSD/AJB

        Plaintiff,

v.                                                          **AMENDED PRETRIAL SCHEDULING ORDER**

Gerald S. Golden and
National Board of Medical Examiners,

        Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by August 1, 2000.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before August 24, 1999.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

    a. By Party bearing burden of proof as to any issue on or before June 1, 2000.

    b. By Party responding to an issue on or before July 1, 2000.

4. No more than fifty interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

FILED SEP 09 1999
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties, except amendments to add a request for punitive damages, must be served by August 1, 2000.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, August 1, 2000.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by October 1, 2000.

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on December 1, 2000, or upon resolution of any pending dispositive motions. Anticipated length of trial is five days.

Dated: 9/9/99

Arthur J. Boylan
United States Magistrate Judge