# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### THIRD DIVISION

----------------------------------------------

C. Earl Grant,

Case No.:99-66

          Plaintiff,

**STIPULATION AND ORDER**

v.

Gerald S. Golden and
National Board of Medical Examiners,

          Defendants.

----------------------------------------------

## STIPULATION

      The undersigned parties hereby agree that defendants are granted an extension to answer or otherwise respond to plaintiff's Amended Complaint until October 22, 1999.

DATED: October _18_, 19999

By: _Lateesa T Ward_
Lateesa T. Ward, Reg. No. 218030
Toni M. Jackson, Reg. No. 220048
801 Nicollet Mall
Suite 1850
Minneapolis, Minnesota 55402
(612) 342-0077
**ATTORNEYS FOR PLAINTIFF**

DATED: October _20_ 1999

**LEONARD, STREET AND DEINARD**

By: _Janie S Mayeron_
Janie S. Mayeron, Reg. No. 69152
150 South Fifth Street
Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1690
**ATTORNEY FOR DEFENDANTS
NBME AND GERALD S. GOLDEN**

OCT 25 1999

FILED _____

FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD._____
DEPUTY CLERK_____

**O R D E R**

IT IS HEREBY ORDERED that the above Stipulation is granted.

BY THE COURT:

DATED: October ___, 1999

United States District Court
Magistrate Judge Arthur J. Boylan