UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

C. EARL GRANT,                                CIVIL NO. 99-66 (DSD/AJB)

    Plaintiff,

v.                                            ~~PROPOSED~~ ORDER

GERALD S. GOLDEN AND NATIONAL
BOARD OF MEDICAL EXAMINERS,

    Defendants.

Counsel for Plaintiff have filed an <u>ex parte</u> Motion for leave to file an <u>ex parte</u> <u>in camera</u> Motion to Withdraw pursuant to Local Rule 83.7. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED THAT:

1. Counsel for Plaintiff may file their Motion to Withdraw <u>in camera</u> and <u>ex parte</u>, *under seal*.

                        /s/ Arthur J. Boylan
                        ARTHUR J. BOYLAN
                        UNITED STATES MAGISTRATE JUDGE

FILED MAR 1 0 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____

**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

MAR 10 2000

**Clerks Notice In Re: Protective Order**

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing <u>confidential original</u> documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the <u>Clerk:</u>*

- A. Documents are to be <u>sealed</u> (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

- B. Each envelope must list the following information, and each document is to be in a separate envelope.
    - Action/case number
    - Brief action/case title
    - Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on <u>each</u> envelope. Motions, affidavits and memorandums are considered three separate documents).
    - The word "SEALED" or "CONFIDENTIAL"

*Guidelines for filing with a U. S. District Judge or <u>Magistrate Judge:</u>*

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.