UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

C. EARL GRANT,                                    Civil No. 99-66 DSD/AJB

    Plaintiff,

v.                                                ORDER

GERALD S. GOLDEN, ET AL.,

    Defendants.

---

The Court having considered the motion brought by plaintiff's attorney, Lateesa T. Ward, to withdraw as counsel for plaintiff and having considered the same, the Court hereby grants Ms. Ward's motion that she be allowed to withdraw as counsel for plaintiff.

Dated: 4/5/00

ARTHUR J. BOYLAN
United States Magistrate Judge

MEMORANDUM

Prior to the time the Court granted counsel's motion to withdraw, the Court conferred with counsel for plaintiff and defense counsel in reference to whether an amended scheduling order should be issued to allow the plaintiff additional time to obtain substitute counsel and to address outstanding discovery.

The Court has amended the pretrial scheduling order to allow the parties additional time to complete the discovery and make appropriate motions prior to

FILED APR 0 5 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

trial.

The plaintiff is encouraged to obtain substitute counsel immediately. Defense counsel is encouraged to withhold contacting plaintiff directly for a period of at least 45 days to allow plaintiff the opportunity to hire substitute counsel. Thereafter, if no appearance has been made by substitute counsel defendants may presume that plaintiff is appearing pro se and proceed accordingly.

AJB