UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

C. EARL GRANT,

      Plaintiff,

v.

GERALD S. GOLDEN, ET AL.,

      Defendants.

Civil No. 99-66 DSD/AJB

SECOND AMENDED PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

<u>Discovery Plan</u>

    1.    Discovery shall be commenced in time to be completed by January 1, 2001.

    2.    Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

        a.    By Plaintiff(s) on or before November 1, 2001.

        b.    By Defendant(s) on or before December 1, 2001.

<u>Non-Dispositive Motions</u>

    (Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe,

Filed    APR 0 5 2000
Francis E. Dosal, Clerk
Judgment Entered _____
Deputy Clerk's Initials _____

Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by January 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, January 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by March 1, 2001. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on May 1, 2001, or upon resolution of any pending dispositive motions.

Except as amended herein, the Court's amended pretrial scheduling order dated September 9, 1999, remains in full force and effect.

Dated: _4/5/00_

ARTHUR J. BOYLAN
United States Magistrate Judge

2