UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

C. EARL GRANT,                                Civil No. 99-66 DSD/AJB

    Plaintiff,

v.                                              ORDER

GERALD S. GOLDEN, ET AL.,

    Defendants.

---

Whereas, the above matter came before the Court on the 15th day of June 2000, and

Whereas, documents have been presented to the Court for in camera review by Larry E. Reed, Esq., Minneapolis, Minnesota, a person upon whom a third-party subpoena had previously been served, and

Whereas, while no longer the attorney for the plaintiff in this matter, Mr. Reed raised the issue of whether or not the documents being subpoenaed were privileged and accordingly non-discoverable by the defendants,

Now therefore, the Clerk of Court is hereby ordered to place the attached documents under seal and to keep them under seal while in the Office of the Clerk until further order of this Court.

The Clerk is further ordered to provide a copy of this order to the parties herein and to Larry E. Reed, Esq., 2311 Wayzata Boulevard, Minneapolis, Minnesota, 55405.

Dated: 6/15/00

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED JUN 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____