UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

C. Earl Grant,

Plaintiff,

v.

Gerald S. Golden and National Board
of Medical Examiners,

Defendants.

Civil No. 99-66 DSD/AJB

**ORDER ON MOTION TO
COMPEL DISCOVERY**

The matter came before the Court, Magistrate Judge Arthur J. Boylan, on defendant's motion for an Order compelling plaintiff to respond to outstanding interrogatories and document requests and for sanctions. Defendants have also moved to compel the University of Minnesota Medical School to produce documents responsive to a subpoena for documents served upon the school on March 13, 2000. Hearing was held on June 15, 2000, at the United States Courthouse, 316 No. Robert St., St. Paul, Minnesota 55101. Janie S. Mayeron, Esq., appeared on behalf of the defendants, and Barbara Shiels, Esq, appeared on behalf of the University of Minnesota Medical School. There was no appearance by or on behalf of the plaintiff, Dr. C. Earl Grant. Dr. Grant is not presently represented by counsel on this matter but was provided timely notice of the hearing and was offered the opportunity to appear by telephone.

Based upon the file, submissions of parties, and arguments and representations of counsel, **IT IS HEREBY ORDERED** that defendants' Motion to Compel Discovery with respect to plaintiff Grant is **granted** [Docket No. 50]. Plaintiff Grant shall serve upon defendants

FILED  **JUN 16 2000**
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

complete responses to all interrogatories and document requests which have been served upon him by defendants, and shall produce all documents which have been requested in this action. The requested discovery shall be provided within 30 days of this Order. It is also **Ordered** that plaintiff Grant shall pay to defendants their reasonable expenses incurred in bringing this motion, including attorneys fees, in the amount of $ 750.00. Plaintiff is advised that failure to timely comply with this Order may result in imposition of additional sanctions, including but not limited to dismissal of the action.

       **IT IS FURTHER ORDERED** that defendants' motion to compel the University of Minnesota Medical School to produce to defendants all documents responsive to a subpoena for documents served upon it on March 13, 2000, is **granted** [Docket Nos. 53 and 58]. The University of Minnesota Medical School shall provide all documents requested pursuant to defendants' subpoena within 30 days of the date of this Order.

Dated:    6/15/00

Arthur J. Boylan
United States Magistrate Judge