# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

C. Earl Grant,                                    Case No. Civil 99-66 DSD/AJB

v.                                          **JUDGMENT IN A CIVIL CASE**

Gerald S. golden and National Board
of Medical Examiners,

( )    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X)    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** THAT:

   Defendants' motion for sanction of dismissal with prejudice is granted in part and denied in part. Plaintiff's complaint is dismissed without prejudice.

DATE: November 27, 2000

                    FRANCIS E. DOSAL, CLERK

                    Julie Rustad, Deputy Clerk

