```
Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641021600
Cashier ID: llewis
Transaction Date: 03/21/2008
Payer Name: C EARL GRANT
------------------------------------
SANCTIONS/CONTEMPT FINES
 For: C EARL GRANT
 Amount:         $750.00
------------------------------------
CHECK
 Check/Money Order Num: 101
 Amt Tendered:   $750.00
------------------------------------
Total Due:       $750.00
Total Tendered:  $750.00
Change Amt:      $0.00

PAYMENT FOR SANCTIONS PER 11-27-00
ORDER 99CV66 DSD
```

SCANNED
MAR 21 2008
U.S. DISTRICT COURT MPLS